UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHRINE MAE MCKEE,              ) | |
|                                                        ) | |
|           Plaintiff,                           ) | Civil Action No. 15-30221-KAR |
|                                                        ) | |
| v.                                                  ) | |
|                                                        ) | |
| WILLIAM H. COSBY, JR.,             ) | |
|                                                        ) | |
|           Defendant.                        ) | |

**ORDER OF RECUSAL**
December 22, 2015

ROBERTSON, U.S.M.J.

Pursuant to 28 U.S.C. § 455(a), I hereby disqualify myself in all proceedings related to the above-captioned matter.

IT IS SO ORDERED.

DATED: December 22, 2015

/s/Katherine A. Robertson
Katherine A. Robertson
U.S. Magistrate Judge