UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| KATHRINE MAE MCKEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM H. COSBY, JR.,<br><br>　　　　　Defendant. | Case No.: 3:15-cv-30221-MGM |

**WILLIAM H. COSBY, JR'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

　　Defendant William H. Cosby, Jr., by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(6), moves this Court for an order dismissing Plaintiff's complaint, *with prejudice*, for failure to state a claim upon which relief can be granted.  In support of this motion, Mr. Cosby incorporates and relies on the reasons set forth in *William H. Cosby, Jr's Memorandum In Support Of His Motion To Dismiss Plaintiff's Complaint*, along with the exhibits filed concurrently therewith.

　　Pursuant to Local Rule 7.1, undersigned counsel certifies that counsel for Mr. Cosby has conferred with opposing counsel and attempted in good faith to resolve and/or narrow the issues raised by this motion.  Those efforts were unsuccessful.

Dated:  June 10, 2016　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Marshall M. Searcy III*
　　　　　　　　　　　　　　　　　　　　Christopher Tayback (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Marshall M. Searcy III (*pro hac vic*)
　　　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART &
　　　　　　　　　　　　　　　　　　　　SULLIVAN, LLP
　　　　　　　　　　　　　　　　　　　　865 South Figueroa Street, 10th Floor
　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90017-2543

(213) 443-3000; Fax (213) 443-3100
Email: christayback@quinnemanuel.com
      marshallsearcy@quinnemanuel.com

Alexander J. Merton (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
777 6th St. NW, 11th Floor
Washington, DC 20001
(202) 538-8000; Fax (202) 538-8100
Email: ajmerton@quinnemanuel.com

John J. Egan
Robert L. Quinn
Lauren F. Olanoff
EGAN, FLANAGAN & COHEN, PC
67 Market Street
PO Box 9035
Springfield, MA 01102-9035
(413) 737-0260; Fax (413) 737-0121
Email: jje@efclaw.com
      rlquinn@eganflanagan.com
      lfo@efclaw.com

*Attorneys for William H. Cosby, Jr.*

## CERTIFICATE OF SERVICE

      I hereby certify that, on June 10, 2016, I caused the foregoing document, along with the corresponding memorandum in support and exhibits referenced therein, to be electronically filed using the CM/ECF, which will automatically transmit Notice of Electronic Filing to the attorneys of record as follows:

F. William Salo
501 East 87th Street, No. 11-F
New York, NY 10128

Andrew M. Abraham
Abraham & Associates, P.C.
2 Center Plaza, Suite 620
Boston, MA 02108

                                                      */s/ Marshall M. Searcy III*
                                                      Marshall M. Searcy III