UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE MAE MCKEE,<br>    Plaintiff,<br><br>WILLIAM H. COSBY, JR.,<br>    Defendant, | )<br>)<br>) Civil Action<br>) No. 3:15-cv-30221-MGM<br>) |

ORDER OF DISMISSAL

February 16, 2017

**MASTROIANNI, D.J.**

Pursuant to the court's order of this date granting the defendant's motion to dismiss, it is hereby ordered that this case be closed.

It is so ordered.

                      **ROBERT M. FARRELL**
                      CLERK OF COURT

                      **By** /s/ *Maurice G. Lindsay*
                      Maurice G. Lindsay
                      Deputy Clerk